Keenan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PixFusion LLC, <br><br> Plaintiff, <br><br> v. <br><br> Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., <br><br> Defendants. | Civ. No.: 10-8176 (JFK) (MHD) <br><br> **STIPULATION** |

**WHEREAS**, Plaintiff PixFusion LLC has until May 20, 2011 to respond to the Counterclaims filed by Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc. ("Defendants") in the above-captioned action;

**WHEREAS**, Plaintiff PixFusion LLC and Defendants have engaged and continue to engage in settlement negotiations, have exchanged a draft settlement agreement, and are working to finalize the settlement terms;

**WHEREAS**, to allow settlement negotiations to continue without impediment, the undersigned counsel for Defendants has consented to extend the time for Plaintiff PixFusion LLC to answer the Counterclaims for fourteen days;

**WHEREAS**, the within stipulated extension, if granted, would constitute the first such extension of Plaintiff PixFusion LLC time to respond to the Counterclaims; and

**WHEREAS**, the requested extension would not affect any other scheduled dates in connection with the above-captioned action.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-11

US2008 2594604.1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff PixFusion LLC, and McDermott Will & Emery LLP, counsel for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., that the time for PixFusion LLC to answer the Counterclaims herein shall be and is hereby extended for 14 days to and including June 3, 2011.

Dated: New York, New York
May 17, 2011

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: _____
Marc A. Lieberstein (ML 7116)
Frederick L. Whitmer (FW 8888)
Amr O. Aly (AA 7749)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: 212.775.8700
Facsimile: 212.775.8800
mlieberstein@kilpatricktownsend.com
fwhitmer@kilpatricktownsend.com
aaly@kilpatricktownsend.com

*Attorney for Plaintiff PixFusion LLC*

**McDERMOTT WILL & EMERY LLP**

By: _____
Andrew B. Kratenstein
Taina Rodriguez
(*pro hac vice* application pending)
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: 212-547-5444
Email: akratenstein@mwe.com

Eric W. Hagen
(*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: ehagen@mwe.com

*Attorneys for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.*

5/18/11

SO ORDERED:

_____
U.S.J.

US2008 2594604.1