

*Memo Endorsed*
ORIGINAL
*Motion granted*
5/17/11
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PixFusion LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Toyota Motor North America, Inc. and<br>Toyota Motor Sales, U.S.A., Inc.,<br><br>      Defendants. | Civil Action No.: 1:10-CV-08176-JFK (MHD)<br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Eric W. Hagen
    McDERMOTT WILL & EMERY LLP
    2049 Century Park East, 38th Floor
    Los Angeles, CA 90067-3218
    New York, NY 10173-1922
    Telephone: 310-277-4110
    Facsimile: 310-277-4730
    Email: ehagen@mwe.com

Eric Hagen is a member in good standing of the Bars of the State of California and the District of Columbia.

There are no pending disciplinary proceedings against Eric Hagen in any State or Federal Court.

Dated:	May 10, 2011
	New York, New York

Respectfully submitted,

Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400 (phone)
(212) 547-5444 (facsimile)